

# NUMBER 13-21-00312-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FRED T. PHILIPS AND MERCEDES PHILIPS

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

On October 1, 2021, relators Fred T. Philips and Mercedes Philips filed a petition for writ of mandamus seeking to compel the trial court to vacate its order enforcing a Rule 11 agreement. *See* TEX. R. CIV. P. 11. Relators assert that the trial court abused its discretion (1) by granting a motion to enforce a Rule 11 agreement against parties that raised fact issues and revoked consent to the terms of the Rule 11 agreement, and (2) because the order granting the motion to enforce a Rule 11 agreement contains "material terms outside and beyond the Rule 11 agreement."

The Court requests that the real parties in interest, Thomas D. Stikeleather and Lea Ann Stikeleather, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
5th day of October, 2021.